

FILED & JUDGMENT ENTERED
Steven T. Salata

July 18 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:                                                                                  Chapter 13

Bernita Gale Jeter                                                              CASE NO: 15-31941

SSN#: XXX-XX-5507                                                      Related Docket #: 77

**ORDER**

ON 07/17/2019, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

DIANA SAFFA Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments August 2019.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$1,155.00** per month.

Case subject to dismissal without further notice upon payment default for **August 2019.**

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20190718093734:}